/

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

BARBARA R. BURNS,

Plaintiff,

v.

CITY OF APPLE VALLEY,

Defendant.

Civil 00-2638 (JRT/FLN)

**ORDER OF REFERENCE**

---

Barbara R. Burns, 980 Main Street, Hackensack, NJ 07061, *pro se* plaintiff.

Jon K. Iverson and Paul D. Reuvers, ERSTAD & RIEMER, 3800 West 80th Street, Ste 1000, Minneapolis, MN 55431-4409, for defendant.

Pursuant to the provisions of Title 28, United States Code, Section 636 (b) (1) (B), **IT IS HEREBY ORDERED** that plaintiff's motion for order to show cause [Docket No. 3] is referred to the Honorable Franklin L. Noel, Chief United States Magistrate Judge, who will submit to the undersigned proposed findings of fact and a recommendation for the disposition of the motion upon completion of a hearing. Plaintiff is directed to contact Cathy Orlando, calendar clerk for Magistrate Judge Noel, to schedule a hearing on the motion.

DATED: Jan 22, 2001
at Minneapolis, Minnesota

JOHN R. TUNHEIM
United States District Judge

FILED JAN 2 2 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK