UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Barbara R. Burns, Civil 00-2638 JRT/FLN

Plaintiff,

v. ORDER TO SHOW CAUSE

City of Apple Valley,

Defendant.

---

Plaintiff is hereby ordered to show cause in writing, on or before February 15, 2001, why her complaint should not be dismissed as having been filed in violation of Judge Rosenbaum's order of March 24, 1995.

DATED: January 24, 2001.

FRANKLIN L. NOEL
Chief Magistrate Judge

FILED JAN 24 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK