**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

BARBARA R. BURNS, Civil No. 00-2638 (JRT/FLN)

Plaintiff,

v. **ORDER**

CITY OF APPLE VALLEY,

Defendant.

---

Barbara R. Burns, 980 Main Street, Hackensack, NJ 07601, *pro se* plaintiff.

Paul D. Reuvers, ERSTAD & RIEMER, 3800 West 80th Street, Ste 1000, Minneapolis, MN 55431-4409, for defendant.

This matter is before the Court on plaintiff's supplemental affidavit. The Court has carefully reviewed and considered plaintiff's affidavit and exhibits. However, the Court stands by its Order dated February 7, 2001.

Dated: 2/14/2001
at Minneapolis, Minnesota

JOHN R. TUNHEIM
United States District Judge

FILED FEB 14 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD. ________
DEPUTY CLERK ________