**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

BARBARA R. BURNS, et al., Civil No. 00-2638 (JRT/FLN)

Plaintiffs,

v.

**ORDER OF REFERENCE**

CITY OF APPLE VALLEY,
its employees, agents and attorneys,

Defendants.

---

Barbara R Burns, 980 Main Street, Hackensack, NJ 07601, plaintiff pro se.

Andrea Gail White, Assistant Dakota County Attorney, OFFICE OF THE DAKOTA COUNTY ATTORNEY, 1560 West Highway 55, Hastings, MN 55033, for defendant Gudmundson.

Jon K Iverson and Paul D Reuvers, ERSTAD & RIEMER, 1000 Northland Plaza, 3800 West 80th Street, Minneapolis, MN 55431-4409, for City of Apple Valley defendants.

Pursuant to the provisions of Title 28, United States Code, Section 636 (b) (1) (B),

**IT IS HEREBY ORDERED** that the motion by City of Apple Valley defendants for summary judgment [Docket No. 20] is referred to the Honorable Frank L. Noel, Chief United States Magistrate Judge, who will submit to the undersigned proposed findings of fact and a recommendation for the disposition of the motion upon completion of a

FILED MAR 1 5 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD. ____
DEPUTY CLERK ____

hearing. Counsel for defendant is directed to contact Cathy Orlando, calendar clerk for Magistrate Judge Noel, to schedule a hearing on the motion.

DATED: March 15, 2001
at Minneapolis, Minnesota.

JOHN R. TUNHEIM
United States District Judge