**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

BARBARA R. BURNS, et al.,

Plaintiffs,

v.

CITY OF APPLE VALLEY,
its employees, agents and attorneys,

Defendants.

Civil No. 00-2638 (JRT/FLN)

**ORDER OF REFERENCE**

---

Barbara R. Burns, 980 Main Street, Hackensack, NJ 07601, plaintiff *pro se*.

Andrea Gail White, Assistant Dakota County Attorney, OFFICE OF THE DAKOTA COUNTY ATTORNEY, 1560 West Highway 55, Hastings, MN 55033, for defendant Gudmundson.

John K. Iverson and Paul D. Reuvers, ERSTAD & REIMER, 1000 Northland Plaza, 3800 West 80th Street, Minneapolis, MN 55431-4409, for City of Apple Valley defendants..

Pursuant to the provisions of Tile 28, United States Code, Section 636 (b) (1) (B),

**IT IS HEREBY ORDERED** that defendant Dakota County's motion by summary judgment [Docket No. 23] is referred to the Honorable Frank L. Noel, Chief United States Magistrate Judge, who will submit to the undersigned proposed findings of fact and a recommendation for the disposition of the motion upon completion of a

FILED MAR 16 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD. ________
DEPUTY CLERK ________

hearing. Counsel for defendant is directed to contact Cathy Orlando, calendar clerk for Magistrate Judge Noel, to schedule a hearing on the motion.

DATED: Mar. 15, 2001
at Minneapolis, Minnesota.

John R. Tunheim
JOHN R. TUNHEIM
United States District Judge