# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Barbara Burns

Case No. Civil 00-2638JRT/FLN

v.

**JUDGMENT IN A CIVIL CASE**

City of Apple Valley, its employee, agents and attorneys; Bruce Erickson, Michael Marben and Donald Gudmondson

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that defendant City of Apple Valley, et al's motion for summary judgment is **GRANTED**; defendant Donald Gudmonson's motion for summary judgment is **GRANTED**; Count I of complaint is **DISMISSED WITH PREJUDICE**; plaintiff's state law claims asserted in Counts II and III of complaint and Counts I through XIII of first amended complaint are **DISMISSED WITHOUT PREJUDICE**; plaintiff's motion for an order to show cause why defendants' state court claims should not be dismissed and why an injunction against defendant should not be issued is **DENIED**; **IT IS FURTHER ORDERED** that plaintiff's motion for clarification of the 6/13/01 order is **DENIED**; plaintiff's motion for joinder of named defendant Sharon K. Hills, individually, as necessary party and for stay of 6/13/01 order and memorandum is **DENIED as moot**.

DATE: September 25, 2001

RICHARD D. SLETTEN, CLERK

______________________________

Denise La Fond, Deputy Clerk