**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

BARBARA R. BURNS,

Plaintiff,

v.

CITY OF APPLE VALLEY, et al.,

Defendants.

Civil No. 00-2638 (JRT/FLN)

**ORDER**

---

Barbara R. Burns, 980 Main Street, Hackensack, NJ 07601 or 13684 Harmony Way, Apple Valley, MN 55124, *pro se* plaintiff.

Paul D. Reuvers, ERSTAD & RIEMER, 3800 West 80th Street, Suite 1000, Minneapolis, MN 55431-4409, for defendant.

This matter is before the Court on Defendants' motion for an award of attorney fees. Defendants filed their motion on April 23, 2002. As of the date of this order, plaintiff has not responded to the motion. The Court will allow plaintiff ten (10) days to respond to defendants' motion or the Court will grant the motion and plaintiff will owe defendants $5,600.00 for attorney fees.

Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that plaintiff shall respond to defendants' motion for attorney fees no later than **July 17, 2002**.

DATED: June 28, 2002
at Minneapolis, Minnesota.

John R. Tunheim

JOHN R. TUNHEIM
United States District Judge

JUN 28 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK