# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 03-2551

| | | |
|---|---|---|
| Barbara R. Burns, | * | 00-2638JRT/FLN |
| Appellant, | * | |
| vs. | * | Appeal from the United States District Court for the District of Minnesota |
| City of Apple Valley; Bruce Erickson; Donald Gudmundson; Michael Marben, | * | |
| Appellees. | * | |

**JUDGMENT**

The court has reviewed the original file of the United States District Court for the District of Minnesota. The motion to proceed in forma pauperis is denied. The appeal is hereby dismissed. See Eighth Circuit Rule 47A. All pending motions are denied as moot.

(5361-010199)

November 6, 2003

Order entered at the Direction of the Court

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

FILED DEC 12 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______